Brian J. Iller, WSBA #16150
RETTIG OSBORNE FORGETTE, LLP
6725 W. Clearwater Avenue
Kennewick, WA 99336
T. (509) 783-6154
F. (509) 783-0858
bji@rettiglaw.com

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROYAL MINT COMPANY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOW AGROSCIENCES, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>[DEMAND FOR JURY TRIAL] |

COMES NOW, the plaintiff, by and through its attorneys, RETTIG, OSBORNE, FORGETTE, LLP, alleges and avers the following claims against the above-named defendants as follows:

## I. JURISDICTION

COMPLAINT- PAGE 1
u:\brian\my documents\bji work new\royal mint v. dow\royal mint complaint revised 2 1 2014.docx

Rettig Osborne Forgette, LLP
6725 W. Clearwater Avenue
Kennewick, WA 99336
509-783-6154

1.1   The plaintiff Royal Mint Company, Inc. ("Royal Mint") is a Washington corporation in good standing with its principle place of business in Grant County, State of Washington.

1.2   The defendant Dow AgroSciences, LLC, based on information and belief, is a Delaware limited liability company with its principle place of business in Indianapolis, Indiana which is licensed to do business and is doing business in the State of Washington.

1.3   The claims asserted herein arose from damages to crops that occurred in Grant County, State of Washington.

1.4   Royal Mint has not completed calculating its damages, but expects that the final damages claimed in this case will be in excess of $2,000,000.00 (Two Million Dollars).

1.5   This Court has jurisdiction over the Defendants, and jurisdiction or supplemental jurisdiction over the claims made herein, and is a proper venue for the claims made in this case pursuant to 28 U.S.C.A. § 1332(a)(1) and 28 U.S.C.A. § 1367.

## II. UNDERLYING FACTS

COMPLAINT- PAGE 2
u:\brian\my documents\bji work new\royal mint v. dow\royal mint complaint revised 2 1 2014.docx

Rettig Osborne Forgette, LLP
6725 W. Clearwater Avenue
Kennewick, WA 99336
509-783-6154

2.1     Defendant manufactures and sells a herbicide under the brand name "STINGER."

2.2     The label for "STINGER" pesticide states, in relevant part:

> Discoloration or malformation of mint leaves may occur following treatment. This effect is generally temporary and does not reduce oil yields.

2.3     The label statement that the pesticide does not reduce oil yields is false.

2.4     Defendant engaged in an unfair and/or deceptive acts and/or practices in the conduct of defendant's trade or commerce, including but not limited to the false statements in the STINGER label, which acts and/or practices affect the public interest and proximately caused injury to plaintiff's business and property.

2.5     Defendant was a manufacturer and supplied a product that was not reasonably safe because it did not conform to the manufacturer's express warranty, and the unsafe condition of the product was the proximate cause of damage to the plaintiff's property.

2.6     Defendant supplied information for the guidance of others in their business transactions that was false. Defendant knew or should have known that the information was supplied to guide plaintiff in business transactions was false.

COMPLAINT- PAGE 3
u:\brian\my documents\bji work new\royal mint v. dow\royal mint complaint revised 2 1 2014.docx

Rettig Osborne Forgette, LLP
6725 W. Clearwater Avenue
Kennewick, WA 99336
509-783-6154

Defendant was negligent in obtaining or communicating the false information. Plaintiff reasonably relied on the false information, and the false information proximately caused damages to plaintiff.

2.7  Defendant was informed that Plaintiff was considering use of STINGER on Plaintiffs' mint for the control of certain weeds, and knew that Plaintiff would rely on Defendant's skill and judgment to select or furnish and that the buyer is relying on the seller's skill and judgment to select or furnish goods suitable for that purpose.

2.8  Plaintiff suffered damages caused by STINGER in the form of reduced oil yields estimated value to exceed $ 2,000,000.00 (Two Million Dollars).

### III. CLAIMS FOR RELIEF

Defendant is liable to the plaintiff, for plaintiff's damages, by reason of the application of one or more of the following:

1. Product Liability;

2. Breach of Express Warranty;

3. Negligence;

4. Negligent Misrepresentation;

COMPLAINT- PAGE 4
u:\brian\my documents\bji work new\royal mint v. dow\royal mint complaint revised 2 1 2014.docx

Rettig Osborne Forgette, LLP
6725 W. Clearwater Avenue
Kennewick, WA 99336
509-783-6154

Case 2:14-cv-00233-SAB    Document 1    Filed 07/17/14

5. Intentional Misrepresentation;

6. Warranty of fitness for a particular purpose;

7. Violation of the Washington Consumer Protection Act (CPA), RCW Ch. 19.86.

## PRAYER FOR RELIEF

WHEREFORE, Royal Mint prays for judgment against defendant as follows:

1. That Royal Mint be awarded judgment against defendant for money damages in an amount to be proven at trial;

2. That Royal Mint be awarded for additional damages under the Consumer Protection Act, to-wit; treble damages up to the statutory limit of $10,000 for each proven deceptive act and practice, as well as plaintiff's reasonable attorney fees and all costs of litigation and for plaintiff's costs and disbursements herein incurred, together with such further and additional relief as the Court deems just and equitable; and

3. That the Court grant such other and further relief as it deems just and equitable.

///

COMPLAINT- PAGE 5
u:\brian\my documents\bji work new\royal mint v. dow\royal mint complaint revised 2 1 2014.docx

Rettig Osborne Forgette, LLP
6725 W. Clearwater Avenue
Kennewick, WA 99336
509-783-6154

DATED THIS 17th day of July, 2014.

                              RETTIG OSBORNE FORGETTE, LLP

                              By: s/ Brian J. Iller
                              BRIAN J. ILLER, WSBA #16150
                              *Attorneys for Plaintiff*

COMPLAINT- PAGE 6
u:\brian\my documents\bji work new\royal mint v. dow\royal mint complaint revised 2 1 2014.docx

Rettig Osborne Forgette, LLP
6725 W. Clearwater Avenue
Kennewick, WA 99336
509-783-6154