UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROYAL MINT COMPANY, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DOW AGROSCIENCES, LLC, a Delaware limited liability company,<br><br>    Defendant. | NO. 2:14-cv-00233-SAB<br><br>**ORDER DENYING DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS** |

Before the Court is the Defendant's Rule 12(b)(6) Motion to Dismiss, ECF No. 6. In lieu of filing a response to Defendant's motion to dismiss, Plaintiff filed a First Amended Complaint, ECF No. 11. Defendant subsequently filed an Answer to Amended Complaint, ECF No. 12.

In light of these filings, Defendant's motion to dismiss, in its current form, is moot. Defendant is invited to file a new Rule 12(b)(6) motion if desired.

//
//
//
//
//
//
//

**ORDER DENYING DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS ~ 1**

<em>Case 2:14-cv-00233-SAB   Document 14   Filed 10/03/14</em>

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Rule 12(b)(6) Motion to Dismiss, ECF No. 6, is **DENIED** as moot.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 3rd day of September, 2014.



_____
Stanley A. Bastian
United States District Judge

**ORDER DENYING DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS** ~ 2